```
                    IN THE
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

                     * * *

UNITED STATES OF AMERICA    )
                            )
          Plaintiff;        )
                            )
          v.                ) MAG NO 06-0166 (DAR)
                            )
                            )
MARK DAVIS-MCCRAY,          )
                            )
          Defendant.        )
```
___

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


            /S/
        By:_____
        TONY AXAM, JR.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this 20TH____ day of April, 2006.

            /s/
        By:_____
        TONY AXAM,JR.