UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06 - 147 |
| v. | : | Mag 06-366 |
| MARK DAVIS-McCRARY, | : | VIOLATIONS: 18 U.S.C. § 1344(2) |
| | : | (Bank Fraud) |
| Defendant. | : | |

### INFORMATION

The United States informs the Court:

#### COUNT ONE

Introduction

At all times material to this Information:

1. Justice Federal Credit Union ("JFCU") was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

2. Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA"), was located at 633 Indiana Avenue, N.W., Washington, D.C. CSOSA was a District of Columbia government agency that maintained the operational responsibilities for the former District of Columbia agencies in charge of probation and parole and houses the Pretrial Services Agency within its framework.

3. Beginning December 1, 1997, the defendant, MARK DAVIS-MCCRARY, ("Davis-McCrary") was employed by CSOSA. From 2004 to present, Davis-McCrary worked as a supervisor for probation and parole services at CSOSA.

4. Davis-McCrary maintained a checking account, number 0000008714, at JFCU (hereinafter, "JFCU account").

### The Scheme

5. From on or about at least November 2005, through in or about at least January 2006, in the District of Columbia and elsewhere, defendant, MARK DAVIS-McCRARY, knowingly engaged in a scheme and artifice to defraud a financial institution, and to obtain money belonging to and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises.

### Manner and Means

6. On November 2, 2005, Davis-McCrary received an email at his CSOSA email address from an individual unknown to Davis-McCrary purporting to be a Dr. Raymond Akeem, Managing Director of the Addax & Oryx Petroleum Group, Ltd., ("Addax"). The email requested assistance on behalf of Addax in collecting funds, cashing a check and distributing the proceeds of that check.

7. It was part of the scheme to defraud that Davis-McCrary sent an email from his CSOSA email address on November 2, 2005, to Dr. Raymond Akeem in which he agreed to provide the requested assistance. It was further part of the scheme to defraud that Davis-McCrary emailed an electronically signed "Letter of Guarantee" to Dr. Raymond Akeem. The Letter of Guarantee indicated that Davis-McCrary would receive 10 percent of the check proceeds while the remaining 90 percent would go to Addax.

8. In or about December 2005, Davis-McCrary received a counterfeit check in the amount of $66,775.00 from Dr. Raymond Akeem or his affiliate.

9. Between on or about December 12, 2005, and January 9, 2006, Davis-McCrary learned of numerous references to fraudulent activity associated with the name "Dr. Raymond Akeem."

10. On December 12, 2005, in the District of Columbia and elsewhere, in order to carry out the aforementioned scheme and artifice to defraud, defendant, MARK DAVIS-McCRARY, deposited the counterfeit check into his JFCU account at the Department of Justice ("DOJ") branch located at 950 Pennsylvania Avenue, N.W., in the District of Columbia.

11. The aforementioned counterfeit check was provisionally cleared on December 28, 2005, at which time the funds were made available to Davis-McCrary.

12. It was further part of the scheme to defraud that Davis-McCrary made numerous cash withdrawals including withdrawals of $15,000 on January 3, 2006, and $16,400 on January 4, 2006.

13. It was further part of the scheme to defraud that Davis-McCrary used the proceeds of the counterfeit check to pay for personal expenses including payments for wireless telephone services, consumer electronics, hotel room charges and gasoline.

14. It was further part of the scheme to defraud that on January 9, 2006, Davis-McCrary entered the JFCU DOJ branch and obtained a $21,000 cashier's check and withdrew $500 in cash.

15. During the course of the scheme, Davis-McCrary's caused JFCU to suffer an actual loss of $61,402.61.

16. From in or about at least November 2005, and continuing through in or about January of 2006, within the District of Columbia and elsewhere, the defendant, MARK DAVIS McCRARY, devised a scheme and artifice to defraud a financial institution, that is, JFCU, and to obtain money owned by and under the custody or control of a financial institution, that is JFCU by means of false and fraudulent pretenses, representations and promises, that is by presenting to the financial institution listed below the following check made payable to MARK DAVIS McCRARY, knowing that the check was counterfeit:

| Date | Depositing Financial Institution | Payor | Check /Payor's Bank | Amount |
|---|---|---|---|---|
| 11/28/05 | JFCU | Cascades Transit, Une Division de Cascades Transport, Inc | 016984/Banque Scotia | $66,775.00 |

(Bank Fraud, in violation of Title 18, United States Code, Section 1344(2)).

KENNETH L. WAINSTEIN

United States Attorney
for the District of Columbia

By: _____
RONALD W. SHARPE
Assistant United States Attorney
D.C. Bar # 434575
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9460