AO 455 (Rev. 5/85) Waiver of Indictment ⊕

**FILED**

JUN 2 9 2006

# United States District Court

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _District of Columbia_

UNITED STATES OF AMERICA

V.

Mark Davis McCreary

## WAIVER OF INDICTMENT

CASE NUMBER: 06-147 RBW

I, _Mark Davis McCreary_, the above named defendant, who is accused of

18 U.S.C 1344 (Bank Fraud)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _6/29/06_ prosecution by indictment and consent that the
_Date_

proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_

6/29/06