UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Number: |
| : | CR 06-147 |
| v. : | |
| : | |
| : | VIOLATIONS: 18 U.S.C. §1344(2) |
| MARK DAVIS-McCRARY : | (Bank Fraud) |
| : | |
| Defendant. : | |

FILED
JUN 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Mark Davis-McCrary, under penalty of perjury, agrees and stipulates, to the following facts in connection with his plea of guilty to one count of 18 U.S.C. §1344(2) (Bank Fraud).

#### Background

From December 1, ~~1997~~ 2002 to present, the defendant, MARK DAVIS-MCCRARY, ("Davis-McCrary") was employed at the Court Services and Offender Supervision Agency for the District of Columbia ("CSOSA") located at 633 Indiana Avenue, N.W., Washington, D.C. CSOSA maintains the operational responsibilities for the former District of Columbia agencies in charge of probation and parole and houses the Pretrial Services Agency within its framework. From 2004 to present, Davis-McCrary has been employed as a supervisor for probation and parole services at CSOSA. At all times material to the commission of the crime, Davis-McCrary maintained a checking account, number 0000008714, at the Justice Federal Credit Union ("JFCU") (hereinafter, "JFCU account"). JFCU was a financial institution insured by the Federal Deposit Insurance Corporation.

### The Scheme to Commit Bank Fraud

Between from at least November 2005, to in or about January 2006, in the District of Columbia and elsewhere, defendant, MARK DAVIS-McCRARY, knowingly engaged in a scheme and artifice to defraud a financial institution, and to obtain money belonging to and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations, and promises.

### Manner and Means

On November 2, 2005, Davis-McCrary received an email solicitation at his CSOSA email address from an individual unknown to Davis-McCrary purporting to be a Dr. Raymond Akeem, Managing Director of the Addax & Oryx Petroleum Group, Ltd., ("Addax"). The email requested assistance on behalf of Addax in collecting funds, cashing a check and distributing the proceeds of that check. That same day, Davis-McCrary sent an email from his CSOSA email address to Dr. Akeem in which he agreed to provide the requested assistance. Davis-McCrary also emailed an electronically signed "Letter of Guarantee" to Dr. Akeem. The Letter of Guarantee indicated that Davis-McCrary would receive 10 percent of the check proceeds while the remaining 90 percent would go to Addax.

On December 12, 2005, in the District of Columbia and elsewhere, in order to carry out the aforementioned scheme and artifice to defraud, defendant, MARK DAVIS-McCRARY, deposited a counterfeit check in the amount of $66,775.00 into his JFCU checking account at the Department of Justice ("DOJ") branch located at 950 Pennsylvania Avenue, N.W., in the District of Columbia. The counterfeit check dated November 28, 2005, was made payable to "Mark Davis-McCrary." The check purported to be written on the Cascades Transit, Une Division de Cascades Transport, Inc., checking account of Banque Scotia, 1002 Rue Sherbrooke Quest,

2

Montreal, Canada H3A 3L6. Prior to that deposit, Davis-McCrary's JFCU account had a negative balance of $522.44.

The $66,775.00 counterfeit check was provisionally cleared on December 28, 2005, at which time those funds were made available to Davis-McCrary. Davis-McCrary then made numerous withdrawals from his JFCU account and used the proceeds of the counterfeit check to pay for personal expenses. Some examples of these personal expenses include payments for: wireless telephone services, consumer electronics, hotel room charges, gasoline and numerous cash ATM withdrawals. In addition, Davis-McCrary made a series of several large cash withdrawals from the JFCU DOJ branch including withdrawals of $15,000 on January 3, 2006, and $16,400 on January 4, 2006. On January 9, 2006, Davis-McCrary entered the JFCU DOJ branch, and attempted to withdraw $20,000 in cash. In response to his request, a JFCU employee informed Davis-McCrary that a portion of the funds could be provided to him in cash and the remainder in the form of a cashier's check. Davis-McCrary, in turn, withdrew $500 in cash and obtained a $21,000 cashier's check dated January 9, 2006, made payable to an individual with the initials "DD".

Surveillance photographs taken by security cameras situated inside the JFCU DOJ branch depict Davis-McCrary conducting some of the aforementioned transactions. These photographs include: December 12, 2005, photos of Davis-McCrary depositing the previously described $66,775.00 counterfeit check into his JFCU account; December 29, 2005, photos of Davis-McCrary obtaining $1,000 cash and transferring $3,500 to a new checking account from proceeds of the counterfeit check; January 3, 2006, photos of Davis-McCrary obtaining $15,000 in proceeds from the counterfeit check; January 4, 2006, photos of Davis-McCrary obtaining

$16,400 in proceeds from counterfeit check; and, January 9, 2006, photos of Davis-McCrary obtaining the previously described $21,000 cashier's check.

In furtherance of the scheme to defraud, Davis-McCrary made a series of wire transfers. In each instance, Davis-McCreary wired or caused to be wired money from the Western Union store located at 1005 First Street, N.E., Washington, D.C., to various unidentified individuals unknown to Davis-McCrary who were located in England. These wire transfers included January 3, 2006, wire transfers of $4,500 to "Michael Smith," $4,000 to "Tony Vincent," $4,000 to "Tommy Joseph" and, January 4, 2006, wire transfers of $4,000 to "Michael Joyce" and $4,000 to "James Robert." During the course of the scheme, Davis-McCrary wired $20,500 of the proceeds of the counterfeit check to individuals located outside the District of Columbia.

On January 17, 2006, the $66,775.00 check Davis-McCrary deposited into his JFCU account on December 12, 2005, was returned counterfeit. Security personnel at JFCU immediately initiated a fraud investigation and reported the incident to the Federal Bureau of Investigation ("FBI").

On February 7, 2006, defendant Davis-McCrary provided a voluntary written statement to FBI Agents Steven J. Binney and Charles E. Price, II. In that statement, the defendant admitted that he was involved in a Nigerian advance fee scam in the summer of 2005. Davis-McCrary explained that he responded to an email and subsequently received a check of approximately $40,000 which he deposited into an account he held at a SunTrust Bank (SunTrust) branch located in Laurel, Maryland. Davis-McCrary successfully withdrew $4,000 from the proceeds of that check prior to SunTrust's determination that the check was counterfeit. Davis-McCrary admitted to the agents that following that incident, he became more aware of "Nigerian scams" and was educated about them at work. In addition, Davis-McCrary stated that

he had done things that he knew were wrong and was "pretty sure" when he deposited the check that it was a scam. Davis-McCrary also admitted that he wired approximately $30,000 to various individuals. Davis-McCrary explained that at some point between December 12, 2005, and January 9, 2006, he conducted an internet search and found numerous references to fraudulent activity associated with the name "Dr. Raymond Akeem." Davis-McCrary admitted that following this search, he was "100 percent sure" he was involved in a scam. Despite this knowledge, Davis-McCrary gave a $21,000 cashiers check he had obtained from the proceeds of the counterfeit check he had deposited into his JFCU account to an acquaintance with the initials "DD." As a result of Davis-McCrary's actions, JFCU suffered an actual loss of $61,402.61.

Date: 6/29/06

MARK DAVIS-McCRARY

I have read each of the five pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 6/29/06

TONY AXAM, ESQUIRE
Attorney for the Defendant

5