U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

FILED

JUN 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :

v.  :

MARK DAVIS-MCCRARY  :   Case No. 06-147

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __29th__ day of __June 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __to be determined__ by __Agent Steve Binney__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Agent Steve Binney__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80

DEFENSE COUNSEL