## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Cr. No. 06-0147(RBW)** |
| | : | |
| **MARK DAVIS MCCRARY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## DEFENDANT'S MOTION
## FOR PERMISSION TO TRAVEL OUTSIDE JURISDICTION

Defendant Mark McCrary, through undersigned counsel, respectfully requests this Court for an order allowing him to travel outside the jurisdiction.

Mr. McCrary requests permission to leave the D.C. metropolitan area on July 23, 2006 by car and drive to Burlington, New Jersey where his parents live. Should the Court grant this request, Mr. McCrary will stay with his parents at 412 Lindsley Court, Burlington, New Jersey 08016.

Mr. McCrary requests permission to travel to New Jersey for the purpose of serving as a camp counselor from July 24, 2006 until July 28, 2006 at the Ken Faulkner Basketball Camp. Counsel for Mr. McCrary has confirmed with the camp director, Jay Flanagan, that Mr. McCrary has volunteered at the camp each year for the past five years and that it would be a hardship to find a replacement for Mr. McCrary. The camp serves boys and girls from ages eight to eighteen.

Mr. McCrary is currently on pretrial release on his own recognizance. Counsel for Mr. McCrary spoke with a representative of the Pre-Trial Services Agency on July 18, 2006 who indicates that Mr. McCrary is in compliance with his conditions of release and that should the

Court grant this request, Pretrial Services would like to have Mr. McCrary check-in by telephone from New Jersey.  Counsel for the government has indicated that it does not oppose this request.

WHEREFORE, it is respectfully requested that this Court issue an ORDER granting Mr. McCrary permission to travel outside the D.C. metropolitan area.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/S/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500