## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Cr. No. 06-0147(RBW)** |
| | : | |
| **MARK DAVIS MCCRARY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Upon consideration of defendant, Mark McCrary's, Motion for Permission to Travel Outside the Jurisdiction, it is hereby:

ORDERED that defendant's motion is GRANTED; and it is further

ORDERED that Mr. McCrary be permitted to leave the District of Columbia metropolitan area on July 23, 2006 and to return to the District of Columbia metropolitan area no later than July 30, 2006, while continuing to maintain contact with the Pre-trial Services Agency by telephone during his absence from the area;

SO ORDERED, this _____ day of _____, 2006.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE