UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
v. ) Criminal Action No. 06-147 (RBW)
)
MARK DAVIS MCCRARY, )
)
Defendant. )
)

ORDER

Currently before the Court is the defendant's motion for permission to travel outside the jurisdiction. It is hereby

**ORDERED** that the motion is DENIED.

**SO ORDERED** this 19th day of July, 2006.

REGGIE B. WALTON
United States District Judge