September 12, 2006

Honorable Reggie Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,

    Honorable Judge Walton, I would like to take this opportunity to tell you a little about Mark Davis-McCrary.

    I am Robert G. Davis, Mark Davis-McCrary's father, and this letter to inform you that my son was raised in a hard working and loving family. Mark has always been a good person from grade school to high school. He was an honor roll student and graduated from College with a 3.0 grade average. Mark was the only student to make the basketball team at Coppin State as a walk-on, and played for 4 years under coach Fang Mitchell. He has always loved the game of basketball and worked at basketball camp every summer after high school for a program at Holy Cross High School in Delran, New Jersey. Someday, he wants to become a coach. His college coach told him that he has the ability; all he has to do is coach A.A.U for 3 or 4 years for the experience and then apply for a position as an assistant coach at a high school or MEAC College, which he has been doing. He has coached young girls and boys thru A.A.U for the past 2 years in Maryland.

    I have always instilled in my family about "Family comes first" and you should accept responsibility for your actions. Mark has accepted the fact that he has made a serious mistake with his actions and feels very bad about this it. He has asked the family to support and forgive him for his poor judgment and he is very sorry.

    Mark has a daughter, Lynell (3yrs old). He is a very good father to her and is paying her mother child support. He also takes her every other weekend to spend time with her. Lynells grand parents have stated that Mark is a good father.

    Mark has accepted the fact that his actions were in poor judgment and will not make this or any other mistakes again because of the possibility that he won't be able to keep his job or get a chance at coaching like he would like to do. He also does not want to lose the trust of his family and friends. My son is a good person.

Sincerely,

*Robert G. Davis*

Robert G. Davis

TOTAL P.01

Patricia A. Mc Crary
412 Lindsley Court
Burlington Township, New Jersey 08016
(609) 386-6671

September 10, 2006

Honorable Reggie Walton
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001

RE: Mark Davis-McCrary

Dear Judge Walton:

I am Mark Davis-McCrary's mother and believe I know him better than anyone. I feel partially responsible for these circumstances because I am the one that raised him. Mark was taught to respect his elders, don't talk to strangers, look a person in the eye when talking to them, do unto others as you would have them do unto you, have a firm hand shake etc. I taught him all of that but never taught him to be careful of the scam artists and people out to use you for their personal gain. I tried to protect Mark from violence and the "street life". That is why he went to a Christian school as a child and I moved from East Orange, NJ when he was eight (8) to South Jersey. I did not wish to raise him in East Orange because it had become an undesirable area for me to raise my child.

Mark has grown up to be a young man that I am very proud of. He is a very caring person always concerned about the feelings of others. When he would see a family member or friend not smiling or looking troubled, he would always ask "are you sad?" Mark always looks for the good in others, no matter what they have done. I have never heard him speak badly of others or gossip about anyone. He is a bit naive and trusting of others to a fault. I remember when he was once playing a game of one on one with his basketball coach at the high school. He took his watch off and laid it on top of his belongings. He couldn't believe that someone would take the watch that clearly belonged to someone else since it was with his things, he just couldn't believe it.

He loves basketball and played in high school and in college. He voluntarily coaches children and teens because coaching basketball is his passion. In his spare time, he is either, playing basketball, tennis, swimming, bowling or playing basketball or football video games. He enjoys spending time with children, particularly his three (3) year old daughter. He is a wonderful father and a true friend to those that he befriends. From day one, he has provided child support and emotional support as well as insurance for his daughter. He often takes the three year old son of a female friend to the barbershop so she wouldn't have to sit there and listen to the "male conversations" that go on. Before my father passed away, last year, whenever Mark came to visit in New Jersey, he would

spend time playing checkers and talking with my 89 year old father. He would take him to the barbershop if he needed a haircut. He would do the food shopping and run errands for my mother to give me a break. My mother is 84 years old, wheel chair bound and legally blind. She gets our Christian meetings by phone. Mark would go over and listen to the meeting by speakerphone with my mother if he didn't attend with me. He would also read the daily text, which is a daily bible reading, to her each day that he was here visiting.

Mark attends the Kingdom Hall of Jehovah's Witnesses in Maryland. He has a personal bible study conducted by a mature Christian brother. He is working toward being baptized as one of Jehovah's Witnesses. He was praying for this for October, but due to the present situation must wait for the outcome.

Mark loves life and loves his family. He looks forward to our family reunions and spending time with his daughter, father and me.

He has always been a hard worker particularly since taking on his part time job. He has held a job since graduating college and during his summer vacations, would come to New Jersey to coach at a basketball camp that he use to attend as a youth.

Your honor, I could go on and on about Mark. Not only do I love him, but I also like him. I am very proud of the man he has become. This incident is a major mistake in his life and Mark is aware of this. He has handled this situation in a very mature manner. I know he realizes that when this "opportunity" was presented to him, he should have talked it over with his father or with me. Before getting involved.

Mark's love for Jehovah God, and fear of displeasing Him as well as displeasing his father and me, will keep him from ever getting involved in any of those get rich quick scams, or easy money making scams. He is no longer naive to this. It is a very hard lesson, but I believe with all my heart that Mark has learned it. One thing for sure, this incident has drawn him closer to our creator Jehovah God.

Respectfully yours,

Patricia A. McCrary

September 14, 2006

United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton:

   I have known Mr. Davis-McCrary for over 14 years, and am aware of him pleading guilty to fraud offenses related to him cashing several checks received from an unidentifiable person via the internet. This activity is definitely out of character of the Mark Davis-McCrary that I have known and grown up with and call one of my closest friends. Mark and I both had a strong bond when we first met due to us both growing up in a single parent household, although Mark is still very close with his Father. Mark has always been a very giving and caring person, although sometimes too trusting, that has always been very family oriented and religious. Since I've known him he has been a devout Jehovah's Witness and been very involved with the activities of his Faith. When he went to college, immediately after high school he may not have had the time to dedicate to his faith that was present in the past due to his commitments to his education and basketball, as he played on the varsity team at Coppin State College while majoring in Criminal Justice, but he still found time to do his Bible studies. Since this incident he has certainly rededicated himself to his faith and has been more involved than ever. He attends the bi-weekly Bible Studies as well as the meetings on Sunday.

   I would like to also point out that Mark has been actively involved in the local community as well as the community we both grew up in back in New Jersey. Locally Mark is the head coach for the Braddock Road Youth Center Tar heels AAU basketball team for the ages of 15 and over. I have been his assistant for the past two years. This is strictly volunteer work that requires Mark to commute roughly 1 hour in each direction for practices and even further for games and tournaments. We generally practice 2-3 nights a week and have games and tournaments on the weekend. Mark also travels back to New Jersey, using his vacation time, for a week and sometimes 2 weeks to coach at the Faulkner Summer Basketball camp in New Jersey during the summer. Mark has been doing this since he graduated from high school, to my knowledge. For the most part Mark's other free time is spent playing pickup basketball, spending time with his daughter, Lynnell, and he also spends time with an ex-girlfriend's son who's father is not currently present in that child's life. Mark speaks about Lynnell all the time; he was extremely excited to talk about her graduation from pre-school which occurred a few weeks ago.

   Mark was very embarrassed when he had to tell me about this entire incident, and is very remorseful that it ever took place. I know he now realizes that you just can't trust everything that someone might tell you. He understands the seriousness of this incident and would not want to put himself in a position where he jeopardizes his livelihood, his job, and/or his relationship with his family and friends. Being away from his daughter, his parents and his other loved ones is something Mark would truly regret. I know Mark is presently trying to a

-2-                                                                September 14, 2006

secure a position as a teacher, and with his experience with children in the past I'm sure he will be very successful in that endeavor. This could also possibly open up opportunities for him to work with kids in extracurricular activities, primarily a coaching position with the basketball team, something that he loves and cherishes. In closing I would just like to say that I believe Mark Davis-McCrary will come out of this entire experience a better person. It has served as a painful learning experience that has allowed him to refocus his energy and channel it in the right directions and not be influenced by improper judgments.

Sincerely,

Carlton Peters
Aerospace Engineer
NASA, Goddard Space Flight Center

Robin L. Davis
3525 Marcey Creek Road
Laurel, MD  20724


Honorable Reggie Walton
United States district Judge
333 Constitution Avenue, N.W.
Washington, D.C.  20001

September 11, 2006


**Dear Judge Walton:**

Your Honor, I would like to take this opportunity to ask for your time to read this letter in its entirety as I express my relationship with my brother Mark Davis McCrary and his relationship and service to his family, the youth both boys and girls and friends.

My name is Robin Davis and I am Mark's sister. Although we did not grow up in the same household I have come to know more about him and his passion for helping others as he grows into becoming a man. I am 12 years older than Mark and have watched him play basketball as a team player in both high school and college where he graduated with Honors from Coppin State in May of 2002. During his spring and summer breaks he always volunteered back home in NJ with the Len Faulkner Basketball Camp at Holy Cross in Moorestown, NJ, educating, motivating and mentoring young boys and girls. Mark would use his personal vacation time from work to participate in the camp every year.

He has also volunteered his time to many AAU and County basketball teams and at one time coached my daughter's county time in Howard County and a boy's team in VA during the same time. He was and is still committed to the development of boys and girls and his commitment goes beyond basketball. He is a motivator that helps young boys and girls believe in themselves when they don't. I have watched many young children become more confident after working with Mark.

Mark is currently a coach with MYBA (Meade Youth Basketball Association) in Ft. Meade, MD and is volunteering his time to prepare and develop our 13U team. He is the first one at practice and the last to leave. Even after a hard practice he makes those kids smile.

Mark is a devoted Jehovah Witness and attends Princess Garden Parkway Kingdom Hall on Sunday and Wednesday and bible study on Thursday and book study on Saturday.

He is also a devoted father to his 3 year old daughter Lynnell and always makes time to spend with her. Although he does not live with her mother he often goes to her daycare to sit with her and visit with her classmates.

Mark has always been a big help to the family. I can call on him for anything and he would show up when and where I wanted him without hesitation. He spends his free time helping others in need. You can find him volunteering with the basketball team, helping his family and friends move furniture, refrigerators, washers/dryers, etc. even babysitting his nephews, nieces and friends children. This is not typical of many young men his age. He is not aimlessly wondering the streets; he doesn't go to night clubs and bars or just hanging around.

Marks spends his time playing basketball, tennis, coaching, Madden Football, going to the Kingdom Hall and time with his family and friends. YES, I am baffled by this guilty plea and do not understand how this young man, my brother got caught up in this mess. However, I believe wholeheartedly that you should consider how much GOOD he has to offer to SOCIETY and our YOUTH. He is keeping many young boys and girls out of trouble because they can't wait to see Coach Mark. He enjoys and has a passion for coaching and dreams to one day be a High School Girls basketball coach and teacher in the school system. I believe we need more black male teachers in our school system and know that Mark Davis-McCrary would be the man for the job. It is with HOPE that he be given a chance to pursue this dream.

I am scheduled to be out of town on September 29, 2006 in Atlanta but trying to make arrangements to give Mark my full support. I pray that in my absence you consider all the GOOD he has to offer to SOCIETY and have MERCY on him.

Sincerely,

Robin Davis

*Meade Youth Basketball Association*
*P.O. Box 624,*
*Hanover, MD. 21076*

September 2006

To Whom It May Concern

Dear Sir/Madam:

It is with the greatest of pleasure that I forward this Letter of Reference to you on behalf of Mr. Marc Davis.

With more than thirty years of experience in the fields of Education and Management seldom have I met a more sincere and dedicated individual. Mr. Davis displays all of the attributes expected of a professional in addition to the compassion associated with a steadfast citizen. His constant attention to detail, coupled with his strong force of personality make him the ideal Mentor for today's youth.

His sharp mastery of Critical Thinking Techniques as well as the application of these principles to a coaching environment has made him the "Model" addition to our youth mentoring program.

Because our program focuses on the development of the overall person, only those individuals with unquestioned credentials and character are accepted to work with our program and Mr. Davis is an ideal match.

I would **Highly Recommend** Mr. Davis for anyone seeking a sincere and honest professional.

Yours truly,

*Darryl J. Johnson*
Darryl J. Johnson, PhD.
Vice President, MYBA