### HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0147-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Davis-McCrary, Mark | : | Disclosure Date: <u>August 23, 2006</u> |

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

 ( ) There are no material/factual inaccuracies therein.

 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____

**Prosecuting Attorney**           **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

 (X) There are no material/factual inaccuracies therein. &#42; See attached letter

 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____   _____

**Defendant**  **8/31/06**    **Defense Counsel**  **9/5/06**
     **Date**             **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 6, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By: Richard A. Houck, Jr., Chief
   United States Probation Officer

JWH 9/6/06

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

**A.J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

September 6, 2006

Ms. Sherry Brandon
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:    <u>U.S. v. Mark Davis-McCrary</u> CR-06-147 (RBW)

Dear Ms. Brandon:

The attached Receipt and Acknowledgment indicates that there are no material factual inaccuracies in the presentence report. I would note that Mr. Davis-McCrary indicates that he has never used an alias. I recognize that the alias listed on page two appears to have been the result of a typographical or spelling error by someone in the past.

Thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender