HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0147-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Davis-McCrary, Mark | : | Disclosure Date: <u>August 23, 2006</u> |

**FILED**
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _9/6/06_____
Prosecuting Attorney                                      Date

**For the Defendant**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____   _____  _____
Defendant                Date          Defense Counsel           Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 6, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                      Page 2

PAGE 6, PARAGRAPH 15, FOOTNOTE 2
PAGE 6, PARAGRAPH 16,

- JFCU'S loss was only partially insured by CUMIS, the credit union's bonding insurer.
- CUMIS suffered a loss of $58,382.42 while JFCU suffered a loss of $3020.19.
- CUMIS paid JFCU $58,382.42 as payment on its claim in connection with the total actual loss of $61,402.61. The difference of $3020.19 includes the $2500 deductible, certain uninsured fees and the write-off of the negative balance present in defendant's account when the fraud was discovered.

PAGE 8, PARAGRAPH 36

- TYPO at line 3. An apparent missing word between "sort" and "abuse."

PAGE 15, PARAGRAPH 78

- RESTITUTION in the amount of $58,382.42 is owed by defendant to CUMIS Insurance Society, Inc., and $3020.19 in restitution is owed by defendant to JFCU:

  JUSTICE FEDERAL CREDIT UNION
  ATTN: SUSAN BAUGH, RISK MANAGER
  5175 PARKSTONE DRIVE, SUITE 200
  CHANTILLY, VA 20151

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 9/6/06

TOTAL P.03