HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV  9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Mark Davis-McCrary                    Docket No.: 06-147-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Mark Davis-McCrary__ having been sentenced, on September 29, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __MDC Brooklyn__, in __Brooklyn, NY__ by 2 p.m., on __November 30, 2006__.

_November 8, 2006_
Date

_Reggie B. Walton_
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_Debra Taylor_
**ATTORNEY/U.S. PROBATION OFFICER**

x _____
~~DEFENDANT~~

Revised 6-2004