CR 06-147 RBW

To: The Honorable Judge Reggie Walton

From: Mark Davis-McCrary

Date: 04/03/08

Re: **Letter of Explanation**

**FILED**

APR 11 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Walton,

     I Mark Davis-McCrary, am submitting this letter of explanation in regards to my restitution debt as well my status since my release. First of all, I want to address that since my release in March '07, I have been tested drug-free and maintained as law abiding citizen in the community. One of the major adjustments in my life is the changing of my associates. I've made a conscience decision to choose my associates wisely. Consequently, I received a weekly personal bible study session, with one of the local elders and was baptized in Oct. '07. Within my Christian congregation, I have spent over 60 hours in volunteer work consisting of landscaping, carpentry, drywall, midnight security as well as other duties for the building and renovations projects. With no regrets and feelings of self-accomplishment, this has given me great joy to arbitrarily serve my congregation as equally as to knowing that I can utilize this experience as a trade futuristically. As far as a steady job is concerned, I do have a BS degree and a very impressive resume that will allow me to get a decent job. However, with a felony on my record, with the majority of the applications that I have submitted, I have been unsuccessful in seeking employment. It has been extremely disheartening for me. I did however get accepted from an interview with Statefarm Insurance serving as an Insurance Rep. I was very excited to receive this position. Unfortunately, after my VERY first day on the job, to obtain an insurance license it was a MUST to have a clean record. Therefore, I was discharged from my first day of work.

Dear Judge Walton, I hereby state these facts as evidences of my improvement in society. I am truly trying my absolute best to maintain. I did however find the only job that would accept me. So I became a waiter at the Olive Garden, in Laurel, Maryland. At this point I was grateful and became an extremely hard worker but with very little pay. So I also took on a coaching Job, at Montgomery College, mentoring and coaching basketball for young adults. Of course the season expired so I no longer have that position or can count that as residual income. On March 28th, I was told that I owe $3,000.00 towards restitution by my probation officer, (Officer Danny Thomas). On that same day, I was also fired from Olive Garden for an accidental spill at the restaurant. Additionally, I was also placed on home confinement as part of my sentence. I was interrogated as to why I could not pay my restitution by the PO. I stated that I used whatever income I had to pay a carnote to get back in forth to work and childcare for my daughter. Barely making it with that, I did not have additional funds to absorb the restitution. I do take full responsibility for this debt. I guess I was hoping that in time, I could find a better job as well as use my income tax to cover this expense. Of course now I realize, that went against my better judgment. Unfortunately, I feel that I'm in a terrible loose-loose situation. I have no job, no income, I'm placed on home-confinement which immobilizes me to obtain employment. I have a felony on my record that hinders me and in conjunction with that I have no clue as to how I can pay the restitution. With all that said, I beg you Judge Walton, based on my accomplishments since my release, I have proven to be a trustworthy individual in the community. I have been blessed with a strong support system from my friends and family. So I ask that I can be released from home confinement to engage in an extensive job search. I am very desperate and eager to actually take on two jobs, to support myself as well as my daughter. I also request that the court allows me to make payment arrangements at the minimal amount that I can afford until my financial situation changes for me to absorb this debt.

Moreover, having said all of that, I do take full responsibility for my actions in the past. I certainty have had plenty of time to re-evaluate my life and come to the realization that what I do will affect myself as well as others around me. I am

sincerely and truly regretful for the mistakes that I have made in the past as well as letting my restitution lapse. I know that I cannot change the past, but I can surely change the future. So I beg that you reconsider the order that has been placed upon me, based upon the honest and sincere efforts as well as the necessary steps that I have taken thus far to rectify the situation since my release. Although I have experienced quite a bit of setbacks, I have still remained honest, drug-free and without any criminal run-in's with the law.

Thanks so much for taking the time consider my explanation letter.

Regretfully,

*Mark Davis-McCrary.*