PROB 12A-DC
(Rev. 3/07)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Mark Davis-McCrary**                              Docket No.: **CR 06-147**

### REQUEST FOR COURSE OF ACTION
(Alleged Violations of Supervised Release)

COMES NOW **Danny M. Thomas**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of U.S.A. vs. **Mark Davis-McCrary**, who was placed on Supervised Release by the Honorable **Reggie B. Walton**, United States District Judge, sitting in the Court at Washington, D.C. on the **29th** day of **September**, **2006**, who fixed the period of Supervised Release at **5** years, and imposed the general terms and conditions of Supervises Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1)   Serve four months home confinement.

2)   Pay a $100 special assessment.

3)   Pay $61,402.61 restitution at a rate of $250 per month.

4)   Seek and maintain full time employment.

5)   During the period of supervision, he shall be restricted from engaging in employment, consulting, or association in any government job, to include federal, state or local.

6)   Submit to mandatory drug testing.

On September 29, 2006, the above referenced individual appeared before Your Honor, having pled guilty to Bank Fraud, in violation 18 U.S.C. §1344(2). Mr. Davis-McCrary was sentenced to four months incarceration followed by five years supervised release. Supervision is scheduled to expire on March 25, 2012.

Davis-McCray, Mark
Docket Number: CR 06-147
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

<u>Statement of Alleged Violations of Supervised Release</u>

1. Mr. Davis-McCrary is in violation of the special condition of probation that states that he shall pay $61,402.61 restitution at a rate of $250 a month. (Special Condition)

2. Mr. Davis-McCrary failed to follow the policies of the home confinement program. (Special Condition)

Respectfully submitted,

Danny M. Thomas, Senior
United States Probation Officer
(202) 565-1374

APPROVED BY: _____
Ervin D. Bell, Supervising
United States Probation Officer

Praying that the Court will order a Hearing on Violation with the voluntary appearance of Mr. Davis-McCrary. Should Your Honor concur, the attached order has been prepared.

_____
Honorable Reggie B. Walton
United States District Judge

April 15, 2008
Date