Davis McCray, Mark
Docket Number: CR 06-147
Page 3

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

U.S.A. vs <u>Mark Davis-McCray</u>                           Docket No.: <u>CR 06-147</u>

### REQUEST FOR COURSE OF ACTION

Praying the Court will order a hearing on violation of Supervised Release with voluntary appearance of **Mark Davis-McCray** before the Court _____/ Magistrate Judge _Walton_, on _May 7th_ at _9:00 am_.

### ORDER OF COURT

Considered and ordered this __15th__ day of __April__, 2008.

_____
Honorable Reggie B. Walton
United States District Judge

_April 15, 2008_
Date