FILED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-147 (RBW) |
| ) | |
| MARK DAVIS-McCRARY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Mark Davis-McCrary, the defendant in this criminal proceeding, has filed a letter dated April 3, 2008, and docketed by the Clerk of the Court on April 11, 2008, in which he requests that the Court "reconsider the [sentence] that has been placed upon [him] based on the honest and sincere efforts [that he has made] . . . to rectify [his] situation since [his] release." April 3, 2008 Letter at 2. The Court construes this letter as a pro se motion to modify the defendant's sentence pursuant to 18 U.S.C. § 3582(c) (2000). As the Court has already scheduled a hearing to address the defendant's alleged violation of the terms of his supervised release, it will consider the merits of the plaintiff's pro se request at that time.

It is therefore

**ORDERED** that this matter is set for hearing on May 7, 2008, at 9:00 a.m.

**SO ORDERED** this 15th day of April, 2008.

REGGIE B. WALTON
United States District Judge