AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.

**MARK DAVIS-MCCRARY**

Case Number   06CR147

FILED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, Mark Davis-McCrary, was represented by Tony Axam

It appearing that the defendant, who was sentenced on September 26, 2006 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 14 day of May, 2008 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

The defendant will be sentenced to THREE (3) months in prison and placed on a period of Supervised Release for FIFTY-SEVEN (57) months. All previous conditions of supervised release remain in effect including the requirement that the defendant must seek and maintain full time employment upon release.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 16th day of May 20 08