AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

**FILED**

JUN  9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARK DAVIS-MCCRARY

Case Number    CR 06-147

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
**(For Offenses Committed On or After November 1, 1987)**

The defendant,  Mark Davis-McCrary                                    ,was represented by  Tony Axam

It appearing that the defendant, who was sentenced on  September 26, 2006  in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this  5th  day of June, 2008          that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

The defendant will be sentenced to time served and placed on a period of Supervised Release for THIRTY-SIX (36) months.  All previous conditions of supervised release remain in effect.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this ____ day of ___June___ 20 08