UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-147 (RBW) |
| ) | |
| MARK DAVIS-MCCRARY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Mark Davis-McCrary, the defendant in this criminal proceeding, has submitted a letter dated June 7, 2008, in which he complains that the Court's Office of Probation has forbidden him to work as traveling auto mechanic without good cause. To assist the Court in its immediate disposition of this matter, it is

**ORDERED** that the defendant and a representative from the Court's Office of Probation shall appear before this Court on June 13, 2008, at 10:30 a.m. for a hearing on this matter.

**SO ORDERED** this 11th day of June, 2008.

REGGIE B. WALTON
United States District Judge