FILED

SEP 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. Mr. Davis-McCrary                    Docket No.: CR 06-147

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office to proceed with the September 29, 2008, Status Hearing.

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

　　☐ Notice to US Marshal - Warrant to be entered into NCIC in all cases

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

　　☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other　_____
_____
_____
_____

_____
Reggie B. Walton
United States District Judge

9/9/08
Date